**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**


ALAN RYAN,                                   )         CASE NO. 1:07CV2379
                                             )
      Plaintiff,                       )
                                             )         JUDGE CHRISTOPHER BOYKO
        vs.                     )
                                             )         <u>O R D E R</u>
WILLIAM TELL, et al.,                        )
                                             )
      Defendants.                      )
                                             )


        On AUGUST 3, 2007, the plaintiff filed the above-entitled action.    The record

indicates that the plaintiff has failed to serve defendant on as required by the Federal Rules of Civil

Procedure.  Once a plaintiff has commenced an action in the federal courts, the burden is upon that

party to obtain service of process upon each defendant.  To effectuate service upon a defendant, the

plaintiff is required by the Civil Rules to act in a reasonable and diligent manner.  Specifically, Rule

4(m) of the Federal Rules of Civil Procedure provides:

           (m) Time Limit for Service.  If service of the
      summons and complaint is not made upon a defendant
      within 120 days after the filing of the complaint, the
      court, upon motion or on its own initiative after notice
      to the plaintiff, shall dismiss the action without
      prejudice as to that defendant or direct that service be
      effected with a specified time; provided that if the
      plaintiff shows good cause for the failure, the court
      shall extend the time for service for an appropriate
      period.  This subdivision does not apply to service in
      a foreign country pursuant to subdivision (f) or (j)(1).

.

      Because there is nothing in the record to show why the plaintiff was unable to obtain service

upon the defendant within 120 days, the Court hereby notifies the plaintiff that unless good cause is shown for failure to serve said defendant as provided under the Rules, this defendant will be dismissed without prejudice on December 17, 2007.

IT IS SO ORDERED.

Dated: NOVEMBER 15, 2007

*S/Christopher A. Boyko*
HONORABLE CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE