**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ALAN RYAN,** | ) | **CASE NO. 1:07CV2379** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **vs.** | ) | |
| | ) | **DISMISSAL ENTRY** |
| **WILLIAM TELL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**CHRISTOPHER A. BOYKO, J.**:

Pursuant to Fed. R. Civ. P. 41, and the consent of all parties at the Settlement Conference conducted on July 25, 2008, the above-captioned case is dismissed without prejudice.

**IT IS SO ORDERED.**

**DATE: __July 25, 2008_____**

        **S/Christopher A. Boyko**
        **CHRISTOPHER A. BOYKO**
        **United States District Judge**